DAVID MEEGAN (State Bar No. 114549)
ANTHONY ASEBEDO (State Bar No. 155105)
**MEEGAN, HANSCHU & KASSENBROCK**
Attorneys at Law
11341 Gold Express Drive, Suite 110
Gold River, CA 95670
Telephone: (916) 925-1800
Facsimile: (916) 925-1265

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

In re:

CALIFORNIA COMMUNITY
COLLABORATIVE, INC.,

Debtor.

Case No. 14-26351-C-11
Docket Control No. MHK-5

Hon. Christopher M. Klein

**MODIFICATION TO DEBTOR'S PLAN
REORGANIZATION DATED SEPTEMBER 12, 2014**

California Community Collaborative, Inc., (the "Debtor") hereby modifies the Debtor's Plan of Reorganization Dated September 12, 2014 ("Plan"), filed September 12, 2014 at Docket No. 70, as follows:

1.　In regard to the treatment of the Class 2.1 claim of the San Bernardino County Tax Collector, the text on page 10, line 24 through page 25, line 2, shall be deleted, and the following text substituted:

　　The Class 2.1 Allowed Secured Claim of the County shall be allowed as set forth in the County's Proof of Claim No. 10 filed September 15, 2014, and shall be paid in full with penalties, costs, fees, and interest to accrue at the statutory rate in accordance with the payment schedule calling for equal annual installments of $41,168.34, as set forth in Exhibit 1 hereto. Confirmation of this Plan shall not impair or otherwise affect the Class 2.1 claim holder's security interest in property of the Debtor. In addition, the Debtor shall timely pay ongoing post-confirmation taxes, estimated to be in the amount of $61,161.97 for fiscal year 7/1/2015 to 6/30/2016. Should the Debtor sell or refinance the Real Property before the last installment is due to the Class 2.1 claimant under this Plan, the Debtor shall pay from escrow the full amount

of the Class 2.1 Allowed Secured Claim with interest accrued to the date of full payment.

2. In regard to the treatment of the Class 2.2 claim of California Bank and Trust, the text on page 11, lines 3 through 22, shall be deleted, and the following text substituted:

> The **Class 2.2** Allowed Secured Claim of CB&T shall be allowed the amount of $9,526,764.57 as of the Confirmation Date, and shall bear interest at the rate of 5.5% per year from the Confirmation Date. After the Confirmation Date, the Debtor shall continue to make the monthly adequate-protection payments to the Class 2.2 claimant in the amount authorized by the Court as of the Confirmation Date; then, beginning July 15, 2015 and continuing the fifteenth day of each month thereafter until the Class 2.2 Allowed Secured Claim is paid in full, the Debtor shall instead pay the Class 2.2 claimant the amount of $44,000.00, which shall be applied to interest on the Class 2.2 Allowed Secured Claim. Notwithstanding the foregoing, should the Debtor obtain a tenant post-confirmation at the Real Property that leases between 35,000 and 45,000 square feet of space, the amount of such payments shall be $50,000.00, and should the Debtor obtain a tenant post-confirmation at the Real Property that leases 45,000 square feet or more space, the amount of such payments shall be $60,000.00. The Debtor shall pay the Class 2.2 Allowed Secured Claim in full, with interest, no later than June 30, 2016. Confirmation of the Plan shall be deemed to rescind any Notice of Default recorded against the Debtors' real property before the Petition Date. Confirmation of the Plan, however, shall not otherwise impair the Class 2.2 claimant's security interest in property of the Debtor.

3. The following text shall be added to the Plan, beginning on page 7, following line 13 (adding an additional Class 3 claim):

> **Class 3.4**        <u>Kaiser Foundation Health Plan, Inc.</u>
>
> This is the Allowed Claim of Kaiser Foundation Health Plan, Inc. ("Kaiser") under the Group Agreement in force as of the Petition Date (the "Insurance Contract"), renewals under which Kaiser provides health insurance services to officers of the Debtor in consideration of ongoing premium payments by the Debtor.

4. The following text shall be added to the Plan, beginning on page 12, following line 8 (adding treatment for the Class 3 claim):

> The **Class 3.4** Allowed Claim of Kaiser shall be treated as follows: As of the Confirmation Date, the Insurance Contract to the extent subsequently renewed by the Debtor shall be deemed assumed. The Debtor shall, within six (6) months of the Effective Date, cure all defaults under the Insurance Contract existing as of the Confirmation Date. Upon confirmation of the Plan, Kaiser shall be enjoined from taking any activity to cancel, terminate, or otherwise enforce remedies under the executory

contract based on a default that existed as of the date of confirmation of this Plan, and such injunction shall terminate the date that is six (6) months from the Effective Date.

5.    Other than the modifications set forth above, the Plan shall remain unchanged.

Dated: 11-14-14

CALIFORNIA COMMUNITY COLLABORATIVE, INC.

By: *Merrell Schexnydre*
Merrell Schexnydre
Its president

Dated: Nov 14 2014

MEEGAN, HANSCHU & KASSENBROCK

By: *Anthony Asebedo*
Anthony Asebedo
Attorneys for the Debtor

3