1  Hemal K. Master (State Bar No. 229563)
   hmaster@frandzel.com
2  Reed S. Waddell (State Bar No. 106644)
   rwaddell@frandzel.com
3  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   6500 Wilshire Boulevard, Seventeenth Floor
4  Los Angeles, California 90048-4920
   Telephone: (323) 852-1000
5  Facsimile: (323) 651-2577

6  Attorneys for Secured Creditor CALIFORNIA
   BANK & TRUST, a California banking
7  corporation, as Assignee of the Federal Deposit
   Insurance Corporation as Receiver for Vineyard
8  Bank, N.A.

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re<br><br>CALIFORNIA COMMUNITY COLLABORATIVE, INC.,<br><br>Debtor. | Case No. 14-26351-C-11<br><br>DCN FRB-1<br><br>Chapter 11<br><br>CALIFORNIA BANK & TRUST'S MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>Date:  January 14, 2014<br>Time:  10:00 a.m.<br>Place: United States Courthouse<br>       Courtroom 35, Department C<br>       501 "I" Street, Sixth Floor<br>       Sacramento, California 95814 |

Secured Creditor California Bank & Trust, a California banking corporation, as Assignee of the Federal Deposit Insurance Corporation as Receiver for Vineyard Bank, N.A. ("CB&T"), hereby move the Court for an order granting CB&T immediate relief from the automatic stay (without any stay of such relief under Federal Rule of Bankruptcy Procedure 4001(a)(3) or otherwise) pursuant to 11 U.S.C. § 362(d)(1), (2) and (3), by terminating the automatic stay to permit CB&T to exercise all applicable rights and remedies with respect to its interest in the real property and improvements located at 655 West 2nd Street, San Bernardino, California 92415 ("Property"), including without limitation to obtain the appointment of a receiver over the Property and foreclose upon the Property.

///

This motion is based on the accompanying memorandum of points and authorities, request for judicial notice, declarations of Theresa Leckey, Scott Pfyl and Reed S. Waddell; the pleadings and evidence on file in this bankruptcy case; and any further evidence or argument that may be presented at or before the hearing on the motion.

DATED: December 16, 2014

FRANDZEL ROBINS BLOOM & CSATO, L.C.
HEMAL K. MASTER
REED S. WADDELL

By: /s/ Reed S. Waddell
REED S. WADDELL
Attorneys for Secured Creditor CALIFORNIA BANK & TRUST, a California banking corporation, as Assignee of the Federal Deposit Insurance Corporation as Receiver for Vineyard Bank, N.A.