Case 14-26351    Filed 09/03/15    Doc 347

DAVID MEEGAN (State Bar No. 114549)
ANTHONY ASEBEDO (State Bar No. 155105)
**MEEGAN, HANSCHU & KASSENBROCK**
Attorneys at Law
11341 Gold Express Drive, Suite 110
Gold River, CA 95670
Telephone: (916) 925-1800
Facsimile: (916) 925-1265

Attorneys for the Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

In re:

CALIFORNIA COMMUNITY COLLABORATIVE, INC.,

Debtor.

Case No. 14-26351-C-11
Docket Control No. FRB-1

Date: August 19, 2015
Time: 11:00 a.m.
Dept: C (Courtroom 35)
**Hon. Christopher M. Klein**

**SIXTH INTERIM ORDER ON CALIFORNIA BANK & TRUST'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

The motion of California Bank & Trust, N.A. ("the Bank") for relief from the automatic stay, designated as Motion Control No. FRB-1 (the "Motion"), came on for continued hearing on August 19, 2015 at 11:00 a.m. in Department "C" before the Honorable Christopher M. Klein. Reed S. Waddell of Frandzel Robins Bloom & Csato, LC, appeared on behalf of the Bank. Anthony Asebedo of Meegan, Hanschu & Kassenbrock appeared on behalf of California Community Collaborative, Inc., as debtor in possession. Barry S. Glaser of Steckbauer Weinhart, LLP, appeared by telephone on behalf of the San Bernardino County Treasurer and Tax Collector. There were no other appearances.

The court having considered the Motion, pleadings of record, and the representations of counsel; and good cause appearing,
RECEIVED
August 25, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005605116

**IT IS HEREBY ORDERED:**

1. The automatic stay of 11 U.S.C. § 362(a) in this chapter 11 case is modified, specifically to authorize the Bank to take those steps necessary to continue the hearing in the proceeding in the Superior Court of California, County of San Bernardino, known as <u>California Bank & Trust v. California Community Collaborative, Inc., et al.</u>, Case No. CIVDS 1407566, on its request for the appointment of a receiver for the Debtor's real property commonly known as 655 West 2nd Street, San Bernardino, California, provided that the continued hearing shall be set to occur on or after October 8, 2015.

2. The fourteen-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply to this order.

3. The hearing on the Motion is continued, to October 7, 2015 at 10:00 a.m., in Department "C" of this court.

APPROVED:

Frandzel Robins Bloom & Csato, LC

By: _____
Reed S. Waddell
Attorneys for California Bank & Trust

Dated: September 03, 2015

_____
United States Bankruptcy Judge