DAVID MEEGAN (State Bar No. 114549)
ANTHONY ASEBEDO (State Bar No. 155105)
**MEEGAN, HANSCHU & KASSENBROCK**
Attorneys at Law
11341 Gold Express Drive, Suite 110
Gold River, CA  95670
Telephone:  (916) 925-1800
Facsimile:  (916) 925-1265

Attorneys for the Debtor

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

| | |
|---|---|
| In re:<br><br>CALIFORNIA COMMUNITY COLLABORATIVE, INC.,<br><br>Debtor. | Case No. 14-26351-C-11<br>Docket Control No. MHK-14<br><br><br><br>Hon. Christopher M. Klein |

**EXHIBITS "A" THROUGH "F" TO THIRD AMENDED DISCLOSURE STATEMENT IN SUPPORT OF DEBTOR'S PLAN OF REORGANIZATION DATED MARCH 26, 2015**

Exhibit Index

| Exhibit | Document Title | Beginning Page |
|---|---|---|
| A | Payments to Creditors | 2 |
| B | Distributions to Shareholder | 3 |
| C | Material Assets of the Estate | 7 |
| D | Chapter 11 Monthly Operating Report | 8 |
| E | Liquidation Analysis | 18 |
| F | Cash Projection | 20 |

aa:\mhk-14 disclosure statement_a3 0326 exh

# EXHIBIT A
### Payments to Creditors

| Date | Check No. | Transaction | Debit | credit |
|---|---|---|---|---|
| | | | | |
| 3/7/2014 | EFT | SC Edison | $3,519.87 | |
| 3/7/2014 | EFT | American Express | $1,000.00 | |
| 3/21/2014 | EFT | American Express | $1,000.00 | |
| 3/21/2014 | EFT | American Express | $1,000.00 | |
| 3/31/2014 | 7315 | Susan Stockdale | $1,000.00 | |
| 3/31/2014 | 7317 | Aja Ramirez (bookkeeper) 16627 Deer Ridge Road          San Diego, CA 92127 | $1,000.00 | |
| 4/1/2014 | 7318 | Susan Stockdale | $2,000.00 | |
| 4/3/2014 | EFT | American Express | $4,521.09 | |
| 4/3/2014 | EFT | American Express | $500.00 | |
| 4/3/2014 | 7319 | Aja Ramirez | $2,500.00 | |
| 4/7/2014 | 7321 | Aja Ramirez | $2,000.00 | |
| 4/8/2014 | EFT | SC Edison | $3,688.55 | |
| 4/14/2014 | EFT | American Express | $3,000.00 | |
| 4/14/2014 | EFT | American Express | $333.00 | |
| 4/14/2014 | EFT | City of San Bernardino Tax Collector | $29,845.98 | |
| 4/21/2014 | EFT | American Express | $3,000.00 | |
| 4/21/2014 | EFT | American Express | $500.00 | |
| 4/28/2014 | EFT | American Express | $10,362.08 | |
| 5/2/2014 | 7325 | Aja Ramirez | $2,500.00 | |
| 5/6/2014 | EFT | SC Edison | $3,815.59 | |
| 5/7/2014 | 7326 | Susan Stockdale | $3,700.00 | |
| 5/14/2014 | 5704 | Susan Stockdale | $50.00 | |
| 5/17/2014 | 7331 | Aja Ramirez | $2,600.00 | |
| 5/22/2014 | 5751 | Susan Stockdale | $2,000.00 | |
| 5/30/2014 | 7333 | Susan Stockdale | $3,750.00 | |
| 6/3/2014 | EFT | American Express | $1,000.00 | |
| 6/4/2014 | EFT | American Express | $10,632.43 | |
| 6/4/2014 | EFT | American Express | $368.00 | |
| 6/5/2014 | EFT | SC Edison | $3,962.06 | |
| 6/5/2014 | EFT | Kaiser Permanente | $12,514.00 | |
| 6/18/2014 | Check | Aja Ramirez | $3,000.00 | |
| 6/18/2014 | Check | Kaiser Permanente | $3,826.00 | |
| | | Total | $124,488.65 | |
| | | | | |
| | | | | |

# EXHIBIT B
## Distributions to Shareholder

| Date | Transaction | Debit | credit |
|---|---|---|---|
| 6/18/2013 | Contribution from Stockholder | | $7,000.00 |
| 6/26/2013 | Contribution from Stockholder | | $4,162.00 |
| 7/1/2013 | Disbursement to Stockholder | $266.00 | |
| 7/1/2013 | Disbursement to Stockholder | $348.00 | |
| 7/1/2013 | Disbursement to Stockholder | $220.00 | |
| 7/1/2013 | Contribution from Stockholder | | $220.00 |
| 7/1/2013 | Disbursement to Stockholder | $1,000.00 | |
| 7/1/2013 | Disbursement to Stockholder | $3,000.00 | |
| 7/2/2013 | Disbursement to Stockholder | $205.00 | |
| 7/2/2013 | Disbursement to Stockholder | $1,000.00 | |
| 7/3/2013 | Disbursement to Stockholder | $1,000.00 | |
| 7/3/2013 | Disbursement to Stockholder | $483.19 | |
| 7/5/2013 | Disbursement to Stockholder | $500.00 | |
| 7/8/2013 | Disbursement to Stockholder | $217.29 | |
| 7/10/2013 | Disbursement to Stockholder | $244.00 | |
| 7/12/2013 | Disbursement to Stockholder | $1,000.00 | |
| 7/16/2013 | Disbursement to Stockholder | $408.00 | |
| 7/17/2013 | Disbursement to Stockholder | $1,000.00 | |
| 7/23/2013 | Disbursement to Stockholder | $242.00 | |
| 7/29/2013 | Disbursement to Stockholder | $500.00 | |
| 7/29/2013 | Disbursement to Stockholder | $1,200.00 | |
| 7/29/2013 | Disbursement to Stockholder | $500.00 | |
| 7/30/2013 | Disbursement to Stockholder | $12,000.00 | |
| 7/30/2013 | Disbursement to Stockholder | $3,000.00 | |
| 7/30/2013 | Disbursement to Stockholder | $1,000.00 | |
| 8/5/2013 | Disbursement to Stockholder | $441.00 | |
| 8/5/2013 | Disbursement to Stockholder | $225.00 | |
| 8/5/2013 | Disbursement to Stockholder | $1,000.00 | |
| 8/8/2013 | Disbursement to Stockholder | $1,000.00 | |
| 8/8/2013 | Disbursement to Stockholder | $591.00 | |
| 8/12/2013 | Disbursement to Stockholder | $1,000.00 | |
| 8/13/2013 | Disbursement to Stockholder | $1,000.00 | |
| 8/16/2013 | Disbursement to Stockholder | $1,000.00 | |
| 8/19/2013 | Disbursement to Stockholder | $258.00 | |
| 8/19/2013 | Disbursement to Stockholder | $300.00 | |
| 8/27/2013 | Disbursement to Stockholder | $1,549.00 | |
| 8/27/2013 | Disbursement to Stockholder | $275.00 | |
| 8/27/2013 | Disbursement to Stockholder | $300.00 | |
| 8/27/2013 | Disbursement to Stockholder | $224.00 | |
| 8/27/2013 | Disbursement to Stockholder | $614.00 | |
| 8/28/2013 | Disbursement to Stockholder | $300.00 | |
| 8/30/2013 | Disbursement to Stockholder | $6,000.00 | |

| Date | Description | Amount | Contribution |
|------|-------------|--------|--------------|
| 9/3/2013 | Disbursement to Stockholder | $2,500.00 | |
| 9/3/2013 | Disbursement to Stockholder | $477.00 | |
| 9/3/2013 | Disbursement to Stockholder | $119.00 | |
| 9/4/2013 | Disbursement to Stockholder | $1,000.00 | |
| 9/17/2013 | Disbursement to Stockholder | $1,200.00 | |
| 9/24/2013 | Disbursement to Stockholder | $257.00 | |
| 9/27/2013 | Disbursement to Stockholder | $2,500.00 | |
| 9/30/2013 | Disbursement to Stockholder | $5,000.00 | |
| 9/30/2013 | Disbursement to Stockholder | $3,000.00 | |
| 10/1/2013 | Disbursement to Stockholder | $443.10 | |
| 10/2/2013 | Disbursement to Stockholder | $117.00 | |
| 10/2/2014 | Disbursement to Stockholder | $1,000.00 | |
| 10/4/2013 | Disbursement to Stockholder | $225.00 | |
| 10/7/2013 | Disbursement to Stockholder | $577.00 | |
| 10/22/2013 | Disbursement to Stockholder | $1,500.00 | |
| 10/28/2013 | Disbursement to Stockholder | $10,000.00 | |
| 11/1/2013 | Disbursement to Stockholder | $262.00 | |
| 11/4/2013 | Disbursement to Stockholder | $1,000.00 | |
| 11/4/2013 | Disbursement to Stockholder | $224.00 | |
| 11/4/2013 | Disbursement to Stockholder | $116.00 | |
| 11/5/2013 | Disbursement to Stockholder | $500.00 | |
| 11/6/2013 | Disbursement to Stockholder | $500.00 | |
| 11/7/2013 | Disbursement to Stockholder | $588.00 | |
| 11/29/2013 | Disbursement to Stockholder | $19,000.00 | |
| 12/2/2013 | Disbursement to Stockholder | $115.00 | |
| 12/3/2013 | Disbursement to Stockholder | $260.00 | |
| 12/3/2013 | Disbursement to Stockholder | $1,000.00 | |
| 12/4/2013 | Disbursement to Stockholder | $215.00 | |
| 12/9/2013 | Disbursement to Stockholder | $570.00 | |
| 12/13/2013 | Disbursement to Stockholder | $21,000.00 | |
| 12/16/2013 | Contribution from Stockholder | | $620.00 |
| 12/16/2013 | Contribution from Stockholder | | $400.00 |
| 12/17/2013 | Disbursement to Stockholder | $452.74 | |
| 12/18/2013 | Contribution from Stockholder | | $500.00 |
| 12/30/2013 | Disbursement to Stockholder | $1,000.00 | |
| 12/31/2013 | Disbursement to Stockholder | $1,101.70 | |
| 12/31/2013 | Contribution from Stockholder | | $18,367.42 |
| 12/31/2013 | Disbursement to Stockholder | $10,000.00 | |
| 12/31/2013 | Disbursement to Stockholder | $249.00 | |
| 1/2/2014 | Disbursement to Stockholder | $25,000.00 | |
| 1/2/2014 | Disbursement to Stockholder | $421.83 | |
| 1/2/2014 | Disbursement to Stockholder | $114.00 | |
| 1/3/2014 | Disbursement to Stockholder | $1,000.00 | |
| 1/6/2014 | Disbursement to Stockholder | $223.00 | |

Page 4 (Exhibit B)

| Date | Description | Amount | Amount |
|---|---|---|---|
| 1/7/2014 | Disbursement to Stockholder | $576.00 | |
| 1/10/2014 | Contribution from Stockholder | | $3,400.00 |
| 1/14/2014 | Contribution from Stockholder | | $24,900.00 |
| 1/14/2014 | Contribution from Stockholder | | $2,000.00 |
| 1/14/2014 | Contribution from Stockholder | | $1,300.00 |
| 1/14/2014 | Contribution from Stockholder | | $1,000.00 |
| 1/15/2014 | Contribution from Stockholder | | $6,000.00 |
| 1/24/2014 | Contribution from Stockholder | | $2,500.00 |
| 1/28/2014 | Contribution from Stockholder | | $3,300.00 |
| 1/28/2014 | Contribution from Stockholder | | $1,000.00 |
| 2/3/2014 | Disbursement to Stockholder | $10,000.00 | |
| 2/4/2014 | Disbursement to Stockholder | $10,000.00 | |
| 2/4/2014 | Disbursement to Stockholder | $1,000.00 | |
| 2/5/2014 | Disbursement to Stockholder | $112.00 | |
| 2/6/2014 | Disbursement to Stockholder | $223.00 | |
| 2/13/2014 | Disbursement to Stockholder | $500.00 | |
| 2/18/2014 | Contribution from Stockholder | | $3,400.00 |
| 2/19/2014 | Contribution from Stockholder | | $2,400.00 |
| 2/19/2014 | Disbursement to Stockholder | $5,800.00 | |
| 2/28/2014 | Disbursement to Stockholder | $1,900.00 | |
| 2/28/2014 | Disbursement to Stockholder | $3,000.00 | |
| 3/3/2014 | Disbursement to Stockholder | $500.00 | |
| 3/3/2014 | Disbursement to Stockholder | $111.00 | |
| 3/4/2013 | Disbursement to Stockholder | $213.00 | |
| 3/4/2013 | Disbursement to Stockholder | $1,000.00 | |
| 3/10/2014 | Disbursement to Stockholder | $3,000.00 | |
| 3/10/2014 | Disbursement to Stockholder | $622.00 | |
| 3/14/2014 | Disbursement to Stockholder | $5,000.00 | |
| 3/21/2014 | Disbursement to Stockholder | $1,700.00 | |
| 4/2/2014 | Disbursement to Stockholder | $10,000.00 | |
| 4/2/2014 | Disbursement to Stockholder | $1,000.00 | |
| 4/3/2014 | Disbursement to Stockholder | $1,000.00 | |
| 4/3/2014 | Disbursement to Stockholder | $116.00 | |
| 4/7/2014 | Disbursement to Stockholder | $599.00 | |
| 4/7/2014 | Disbursement to Stockholder | $222.00 | |
| 4/23/2014 | Payment on AMEX for personal expense | $11.29 | |
| 4/23/2014 | Payment on AMEX for personal expense | $74.96 | |
| 4/26/2014 | Payment on AMEX for personal expense | $110.26 | |
| 5/2/2014 | Disbursement to Stockholder | $266.00 | |
| 5/2/2014 | Disbursement to Stockholder | $1,000.00 | |
| 5/5/2014 | Disbursement to Stockholder | $4,000.00 | |
| 5/5/2014 | Disbursement to Stockholder | $600.00 | |
| 5/5/2014 | Disbursement to Stockholder | $220.00 | |
| 5/5/2014 | Disbursement to Stockholder | $126.00 | |

Page  5   (Exhibit B)

| | | | |
|---|---|---|---|
| 5/7/2014 | Disbursement to Stockholder | $567.00 | |
| 5/9/2014 | Disbursement to Stockholder | $500.00 | |
| 5/12/2014 | Disbursement to Stockholder | $241.00 | |
| 5/13/2014 | Payment on AMEX for personal expense | $42.86 | |
| 5/14/2014 | Payment on AMEX for personal expense | $79.98 | |
| 5/14/2014 | Payment on AMEX for personal expense | $85.75 | |
| 5/15/2014 | Payment on AMEX for personal expense | $64.78 | |
| 5/15/2014 | Payment on AMEX for personal expense | $17.42 | |
| 5/15/2014 | Payment on AMEX for personal expense | $52.00 | |
| 5/15/2014 | Payment on AMEX for personal expense | $60.05 | |
| 5/16/2014 | Payment on AMEX for personal expense | $256.94 | |
| 5/19/2014 | Disbursement to Stockholder | $2,000.00 | |
| 5/20/2014 | Payment on AMEX for personal expense | $54.58 | |
| 6/4/2014 | Disbursement to Stockholder | $5,000.00 | |
| | Total | $233,862.72 | $82,469.42 |
| | Net Disbursement to Stockholder | $151,393.30 | |

Page _6_ (Exhibit B)

## Exhibit C
### Material Assets of the Estate

| Asset | Approx. gross liquidation value | Approx. lien amount | Approx. net liquidation value |
|---|---|---|---|
| Real Property and Improvements (655 West 2nd Street, San Bernardino, CA)[1] | $       15,000,000 | $9,600,000 [Calif. Bank & Trust] | $       2,700,000 |
| Bank Account holding net rental proceeds | $       5,000 | $9,600,000 [Calif. Bank & Trust] | $       0 |
| Current month's rent[2] | $       66,000 | $9,600,000 [Calif. Bank & Trust] | $       0 |
| Security Deposit with So. Cal. Edison] | $       18,000 | $       0 | $       18,000 |
| Office Furniture, computer, desks, chairs[3] | $       5,000 | $       0 | $       5,000 |
| Business license | $       0 | $       0 | $       0 |
| Misc. office supplies | $       1,500 | $       0 | $       1,500 |
| Totals | $       12,329,500 | $       9,600,000 | $       5,424,500 |

---

1.  Valuation by the Debtor based on average of value at full occupancy and estimated value at occupancy as of Petition Date.

2.  The Debtor's B-Schedule includes an account receivable of $66,000 based on current month's rent due from tenant on last day of the month.  Tenant has kept rent payments current, and thus current month's rent shown here.

3.  "Garage sale" value.

**PAGE  7   (EXHIBIT C)**

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: CALIFORNIA COMMUNITY COLLABORATIVE, INC.    Case No.    14-26351-C-11

CHAPTER 11
MONTHLY OPERATING REPORT
(REAL ESTATE CASE)

### SUMMARY OF FINANCIAL STATUS

MONTH ENDED:    Aug-15        PETITION DATE:    7/31/2014 0:00

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in    $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | Asset and Liability Structure | | | |
| | a. Current Assets | $1,374,654 | $1,389,693 | |
| | b. Total Assets | $9,470,354 | $9,485,393 | |
| | c. Current Liabilities | $105,300 | $0 | |
| | d. Total Liabilities | $9,470,433 | $9,908,022 | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | Statement of Cash Receipts & Disbursements for Month | | | |
| | a. Total Receipts | $67,196 | $67,196 | $1,168,227 |
| | b. Total Disbursements | $78,129 | $86,300 | $1,004,746 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($10,933) | ($19,104) | $163,481 |
| | d. Cash Balance Beginning of Month | $56,157 | $84,438 | $0 |
| | e. Cash Balance End of Month (c + d) | $37,053 | $65,334 | $163,481 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | Profit/(Loss) from the Statement of Operations | ($10,933) | $101,457 | $1,105,902 |
| 5. | Account Receivables (Pre and Post Petition) | $18,956 | $18,956 | |
| 6. | Post-Petition Liabilities | $105,300 | $0 | |
| 7. | Past Due Post-Petition Account Payables (over 30 days) | $60,855 | $60,855 | |

At the end of this reporting month:

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | no |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | no |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | yes | |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | yes | |
| 13. | Are a plan and disclosure statement on file? | yes | |
| 14. | Was there any post-petition borrowing during this reporting period? | | no |

15. Check if paid: Post-petition taxes  X ;        U.S. Trustee Quarterly Fees   X  ; Check if filing is current for: Post-petition tax reporting and tax returns:   X .
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:  9/14/15

_Merrell R Schuyyfle_
Responsible Individual

Revised 3/15/99

PAGE  8  (EXH.  D  )

## STATEMENT OF OPERATIONS
### (Real Estate Case)
For the Month Ended __08/31/15__

| Actual | Forecast | Variance | | Description | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| $67,196 | $67,196 | $0 | 1 | Rent/Leases | $1,101,027 | $67,196 |
| $0 | $0 | $0 | 2 | Real Property Sales Gross | $0 | $0 |
| $0 | $0 | $0 | 3 | Interest | $0 | $0 |
| $0 | $0 | $0 | 4 | Other Income: | $0 | $0 |
| | | $0 | 5 | | | |
| | | $0 | 6 | | | |
| $67,196 | $67,196 | $0 | 7 | **Total Revenues** | $1,101,027 | $67,196 |
| | | | | **Expenses:** | 0 | 0 |
| $0 | $0 | $0 | 8 | Cost of Property Sold | | |
| | | | 8a | Initial Cost & Improvement | | |
| | | | 8b | less: Depreciation Taken | | |
| | $0 | $0 | 9 | Selling | $0 | $0 |
| $2,500 | $2,300 | ($200) | 10 | Administrative | $27,100 | $2,300 |
| $43,083 | $43,080 | ($3) | 11 | Interest | $510,498 | $43,080 |
| $5,500 | $5,000 | ($500) | 12 | Compensation to Owner(s)/Officer(s) | $67,000 | $5,000 |
| | | $0 | 13 | Salaries | $0 | $0 |
| | | $0 | 14 | Commissions | $0 | $0 |
| | | $0 | 15 | Management Fees | $0 | $0 |
| | | | | Rent/Lease: | | |
| | $0 | $0 | 16 | Personal Property | $0 | $0 |
| | $0 | $0 | 17 | Real Property | $0 | $0 |
| $2,759 | $2,474 | ($285) | 18 | Insurance | $35,417 | $8,250 |
| | $0 | $0 | 19 | Depreciation | $0 | $0 |
| | | | | Taxes: | | |
| | $0 | $0 | 20 | Employer Payroll Taxes | $0 | $0 |
| $0 | $0 | $0 | 21 | Real Property Taxes | $137,019 | $0 |
| | $0 | $0 | 22 | Other Taxes- Elevator permits | $0 | $3,500 |
| $0 | $800 | $800 | 23 | Other Expenses:  business lic | $10,205 | $900 |
| $3,000 | $3,000 | $0 | 24 | Janitorial | $43,268 | $3,000 |
| $30 | $0 | ($30) | 25 | Bank Fees | $438 | $0 |
| $9,110 | $8,586 | ($524) | 26 | Utilities- Electrical, Gas, Water, Trash, Phone | $89,785 | $7,586 |
| $2,582 | $2,650 | $68 | 27 | Repairs & Maint.- Build, Elev, HVAC, Sweep, Land | $31,265 | $1,865 |
| $1,597 | $1,589 | ($9) | 28 | Security | $15,194 | $1,563 |
| $5,446 | $6,500 | $1,054 | 29 | Pre-Construction/ All About Cleaning | $36,201 | $6,500 |
| $513 | $500 | ($13) | 30 | Supplies | $5,411 | $480 |
| $2,008 | $2,000 | ($8) | 31 | Medical Insurance | $28,348 | $2,000 |
| $78,129 | $78,479 | $350 | 32 | **Total Expenses** | | $86,024 |
| ($10,933) | ($11,283) | $350 | 33 | Subtotal | $1,101,027 | ($18,827) |
| | | | | **Reorganization Items:** | | |
| $0 | $0 | $0 | 34 | Professional Fees | $0 | $0 |
| $0 | $0 | $0 | 35 | Provisions for Rejected Executory Contracts | $0 | $0 |
| $0 | $0 | $0 | 36 | Interest Earned on Accumulated Cash from | $0 | $0 |
| 0 | $0 | | | Resulting Chp 11 Case | 0 | 0 |
| $0 | $0 | $0 | 37 | Gain or (Loss) from Sale of Equipment | $0 | $0 |
| $0 | $0 | $0 | 38 | U.S. Trustee Quarterly Fees | $4,875 | $1,650 |
| $0 | $0 | $0 | 39 | | | |
| $0 | $0 | $0 | 40 | **Total Reorganization Items** | $4,875 | $1,650 |
| ($10,933) | ($11,283) | $350 | 41 | Net Profit (Loss) Before Federal & State Taxes | $1,105,902 | ($17,177) |
| | | $0 | 42 | Federal & State Income Taxes | | |
| ($10,933) | ($11,283) | $350 | 43 | Net Profit (Loss) | $1,105,902 | ($17,177) |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 3/15/99

PAGE __9__ (EXH. __D__ )

## BALANCE SHEET
### (Real Estate Case)
For the Month Ended    8/31/2015 0:00

### Assets

| | | From Schedules | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $15,933 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $18,956 |
| 4 | Prepaid expenses | | $1,981 |
| 5 | Professional retainers | | |
| 6 | Other:    Note Recievable Stockholder | | $1,312,203 |
| 7 |    Fortune Pre-Construction | | $25,582 |
| 8 | **Total Current Assets** | | $1,374,654 |
| | **Property and Equipment (Market Value)** | | |
| 9 | Real property | C | $2,917,603 |
| 10 | Machinery and equipment | D | $0 |
| 11 | Furniture and fixtures | D | $8,494 |
| 12 | Office equipment | D | $10,037 |
| 13 | Leasehold improvements | D | $429,959 |
| 14 | Vehicles | D | $54,521 |
| 15 | Other:    Project Development | D | $4,737,937 |
| 16 |    Tennant Improvement | D | $1,070,678 |
| 17 |    Land | D | $613,812 |
| 18 |    Accumulated Depreciation | D | ($2,011,179) |
| 19 | | D | |
| 20 | **Total Property and Equipment** | | $7,831,861 |
| | **Other Assets** | | |
| 21 | Loans to shareholders | | |
| 22 | Other Loan Costs | | $60,000 |
| 23 |    Comission on Lease | | $146,468 |
| 24 |    Loan Cost CA Bank | | $70,336 |
| 25 |    Loan Costs CA Bank and Trust | | $108,467 |
| 26 |    Amortized loan costs | | ($121,433) |
| 27 | **Total Other Assets** | | $263,838 |
| 28 | **Total Assets** | | $9,470,354 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised  3/15/99

PAGE __10__    (EXH. __D__ )

## Liabilities and Equity
### (Real Estate Case)

**Liabilities From Schedules**

   **Post-Petition**

      **Current Liabilities**

| | | | |
|---|---|---|---:|
| 29 | Salaries and wages | | |
| 30 | Payroll taxes | | |
| 31 | Real and personal property taxes | | |
| 32 | Income taxes | | |
| 33 | Sales taxes | | |
| 34 | Notes payable (short term) | | |
| 35 | Accounts payable (trade) | A | $0 |
| 36 | Real property lease arrearage | | |
| 37 | Personal property lease arrearage | | |
| 38 | Accrued professional fees | | |
| 39 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 40 | Other:   Deffered Expenses | | $0 |
| 41 |        Deposit from Fortune Schools | | $105,300 |
| 42 | | | |
| 43 | **Total Current Liabilities** | | $105,300 |
| 44 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 45 | **Total Post-Petition Liabilities** | | $105,300 |

      **Pre-Petition Liabilities (allowed amount)**

| | | | |
|---|---|---|---:|
| 46 | Secured claims | F | $9,526,765 |
| 47 | Priority unsecured claims | F | $451,325 |
| 48 | General unsecured claims | F | $0 |
| 49 | **Total Pre-Petition Liabilities** | | $9,978,090 |
| 50 | **Total Liabilities** | | $10,083,390 |

  **Equity (Deficit)**

| | | |
|---|---|---:|
| 51 | Retained Earnings/(Deficit) at time of filing | ($659,364) |
| 52 | Capital Stock | $100,000 |
| 53 | Additional paid-in capital | ($53,592) |
| 54 | Cumulative profit/(loss) since filing of case | |
| 55 | Post-petition contributions/(distributions) or (draws) | |
| 56 | | |
| 57 | Market value adjustment | |
| 58 | **Total Equity (Deficit)** | ($612,956) |
| 59 | **Total Liabilities and Equity (Deficit)** | $9,470,433 |

Revised 3/15/99

## SCHEDULES TO THE BALANCE SHEET
(Real Estate Case)

### Schedule A
Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | $0 | $0 | |
| 31-60 Days | | $0 | |
| 61-90 Days | | $0 | $0 |
| 91+ Days | $18,956 | | |
| Total accounts receivable/payable | $18,956 | $0 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $18,956 | | |

### Schedule B
Inventory/Cost of Goods Sold
Not Applicable to Real Estate Cases

### Schedule C
Real Property

| Description | Cost | Market Value |
|---|---|---|
| 655 West 2nd Street, San Bernardino California | $2,978,985 | $2,032,323 |
| | | |
| | | |
| | | |
| Total | $2,978,985 | $2,032,323 |

### Schedule D
Other Depreciable Assets

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Office Furniture and fixtures | $8,494 | $8,494 |
| | | |
| | | |
| Total | $8,494 | $8,494 |
| Office Equipment - | $10,037 | $10,035 |
| | | |
| Total | $10,037 | $10,035 |
| Leasehold Improvements - | $429,959 | $107,830 |
| | | |
| | | |
| Total | $429,959 | $107,830 |
| Vehicles - | $54,521 | $52,281 |
| | | |
| | | |
| Total | $54,521 | $52,281 |

Revised 3/15/99

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | $0 | | | | $0 |
| FICA - Employee | $0 | | | | $0 |
| FICA - Employer | $0 | | | | $0 |
| Unemployment (FUTA) | $0 | | | | $0 |
| Income | $0 | | | | $0 |
| Other (Attach List) | $0 | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | 0 | | | | |
| Income Tax Withholding | $0 | | | | $0 |
| Unemployment (UT) | $0 | | | | $0 |
| Disability Insurance (DI) | $0 | | | | $0 |
| Empl. Training Tax (ETT) | $0 | | | | $0 |
| Sales | $0 | | | | $0 |
| Excise | $0 | | | | $0 |
| Real property | $0 | | | $0 | $0 |
| Personal property | $0 | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed Amount | Allowed Amount (b) |
|---|---|---|
| Secured claims  (a) | $9,629,403 | |
| Priority claims other than taxes | $0 | |
| Priority tax claims | $0 | |
| General unsecured claims | $539,027 | |

(a)    List total amount of claims even it under secured.

(b)    Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

Revised  3/15/99

## Schedule G
### Rental Income Information

**List the Rental Information Requested Below By Properties**

| | Property 1 | Property 2 | Property 3 | Property 4 |
|---|---|---|---|---|
| Description of Property | 655 West 2nd Street | | | |
| Scheduled Gross Rents | 127500 | | | |
| Less: | | | | |
| Vacancy Factor | 61525.5 | | | |
| Free Rent Incentives | 0 | | | |
| Other Adjustments | $0 | | | |
| Total Deductions | $61,526 | $0 | $0 | $0 |
| Scheduled Net Rents | $65,975 | $0 | $0 | $0 |
| Less:   Rents Receivable  * | 0 | | | |
| Scheduled Net Rents Collected  * | $65,975 | $0 | $0 | $0 |

*  To be completed by cash basis reporters only.

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Wells Fargo Bank | | | |
| Account Type | Ch.11 checking | | | |
| Account No. | xxx4979 | | | |
| Account Purpose | Cash Collateral | | | |
| Balance, End of Month | $29,827 | | | |
| Total Funds on Hand for all Accounts | $29,827 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised  3/15/99

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended 8/31/2015 0:00

|  |  | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | $67,197 | $1,168,227 |
| 2 | Cash Received from Sales | $0 | |
| 3 | Interest Received | $0 | |
| 4 | Borrowings | $0 | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | $0 | |
| 6 | Capital Contributions | $0 | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $67,197 | $1,168,227 |
| | **Cash Disbursements** | | |
| 13 | Selling | $0 | |
| 14 | Administrative | $2,500 | $27,100 |
| 15 | Capital Expenditures | $0 | |
| 16 | Principal Payments on Debt | $0 | |
| 17 | Interest Paid | $43,083 | $480,499 |
| | Rent/Lease: | 0 | |
| 18 | Personal Property | $0 | |
| 19 | Real Property | $0 | |
| | Amount Paid to Owner(s)/Officer(s) | 0 | |
| 20 | Salaries | $5,500 | $67,000 |
| 21 | Draws | $0 | |
| 22 | Commissions/Royalties | $0 | |
| 23 | Expense Reimbursements | $0 | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | $0 | $3,250 |
| | Taxes: | | |
| 27 | Employee Withholding | $0 | |
| 28 | Employer Payroll Taxes | $0 | |
| 29 | Real Property Taxes | $0 | $137,029 |
| 30 | Other Taxes | $0 | $0 |
| 31 | Other Cash Outflows: Project Development + tax prep | $5,446 | $46,031 |
| 32 | Insurance- Kaiser + Firemans Fund | $4,767 | $62,012 |
| 33 | Maintenance: Janitorial, Elevator, Repairs, Bank Fees | $5,612 | $71,436 |
| 34 | Supplies | $513 | $5,411 |
| 35 | Utilities: Phone, Trash, Water, Electric, Gas | $9,110 | $89,785 |
| 36 | Security | $1,597 | $15,194 |
| 37 | **Total Cash Disbursements:** | $78,128 | $1,004,746 |
| 38 | Net Increase (Decrease) in Cash | ($19,104) | $163,481 |
| 39 | Cash Balance, Beginning of Period | $56,157 | $0 |
| 40 | Cash Balance, End of Period | $37,053 | $163,481 |

Revised 3/15/99

PAGE 15 (EXH. D )

## STATEMENT OF CASH FLOWS
### (Optional) Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended  ##########

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | $0 | $0 |
| 2 | Rent/Leases Collected | $67,196 | $1,108,844 |
| 3 | Interest Received | $0 | $0 |
| 4 | Cash Paid for Development of Real Estate | $0 | $0 |
| 5 | Cash Paid for Operation of Real Estate | $0 | $0 |
| 6 | Cash Paid for Administrative Expenses | $2,500 | $27,100 |
| | Cash Paid for Rents/Leases: | 0 | 0 |
| 7 | Personal Property | 0 | $0 |
| 8 | Real Property | 0 | $0 |
| 9 | Cash Paid for Interest | $43,083 | $471,498 |
| 10 | Cash Paid for Net Payroll and Benefits | $0 | $0 |
| | Cash Paid to Owner(s)/Officer(s) | 0 | |
| 11 | Salaries | $5,500 | $67,000 |
| 12 | Draws | $0 | |
| 13 | Commissions/Royalties | $0 | |
| 14 | Expense Reimbursements | $0 | |
| 15 | Other | $0 | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | 0 | |
| 16 | Employer Payroll Tax | $0 | |
| 17 | Employee Withholdings | $0 | |
| 18 | Real Property Taxes | $0 | $137,029 |
| 19 | Other Taxes | $0 | |
| 20 | Cash Paid for General Expenses | $5,446 | $44,706 |
| 21 | Insurance- Kaiser + Firemans Fund | $4,767 | $62,010 |
| 22 | Maintenance: Janitorial, Elevator, Repairs, Bank Fees | $5,612 | $74,436 |
| 23 | Supplies | $513 | $5,411 |
| 24 | Utilities: Phone, Trash, Water, Electric, Gas | $9,110 | $78,935 |
| 25 | Security | $1,597 | $13,994 |
| 26 | | | |
| | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($19,104) | $126,725 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | $0 | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $0 | |
| 30 | U.S. Trustee Quarterly Fees | $0 | $4,875 |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | $0 | ($4,875) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($19,104) | $121,850 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | $0 | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | $0 | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | $0 | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | $0 | |
| 40 | Capital Contributions | $0 | |
| 41 | Principal Payments | $0 | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | Net Increase (Decrease) in Cash and Cash Equivalents | ($19,104) | $121,850 |
| 45 | Cash and Cash Equivalents at Beginning of Month | $56,157 | |
| 46 | Cash and Cash Equivalents at End of Month | $37,053 | $121,850 |

Revised 3/15/99

Addendum to page 1 monthly operating statement for August 2015

Explanation for question 11:

Per the cash collateral agreement for expenditures in the month of August Merrell Schexnydre was  paid $5,500 for building operations and project - management services.

## Exhibit E
### Liquidation Analysis

**Debtor's Estimated Liquidation Value of Assets**

### I.    Assets [From Exhibit "C"]

|  | Liquidation Values (Est.) |
|---|---|
| Real Property | $15,000,000.00 |
| Bank account | $5,000.00 |
| Security deposit | $18,000.00 |
| Office furniture, etc. | $5,000.00 |
| Business license | $0.00 |
| Misc. supplies | $1,500.00 |
|  |  |
| TOTAL | $15,029,500.00 |

### II.    Expenses:

| LESS | AMOUNTS (EST). |
|---|---|
| Secured creditors' recoveries (CB&T, property taxes) | $9,600,000.00 |
| Chapter 7 trustee fees and expenses* | $983,250.00 |
| Chapter 11 administrative expenses** | $6,000.00 |
| Priority tax claims*** | $1,750.00 |
| Amount of post-petition financing for tenant improvements | $1,755,000.00 |
| TOTAL | $12,346,000.00 |

\*       Consisting of estimated amounts chapter 7 trustee's statutory fees ($383,250), professional fees ($100,000), and costs of sale (e.g. real property broker's fees and auctioneer's fees ($500,000).

\*\*      Consisting of estimated bankruptcy counsel fees to date, less pre-petition retainer received; accountant's fees.

\*\*\*     Per proof(s) of claim filed to date.

**PAGE 18    (EXHIBIT E)**

III.     Calculation of Return Under Chapter 7, and Comparison With Plan:

| | |
|---|---|
| Balance available for payment of general unsecured claims (total assets less total expenses) | $2,683,500.00 |
| Total dollar amount of general unsecured claims | $569,065.00 |
| *Percentage of Claims Which Unsecured Creditors Would Receive Or Retain in a Chapter 7 Liquidation (balance available for general unsecured claims / total amount of general unsecured claims)* | 100% |
| *Percentage of Claims Which Unsecured Creditors are to Receive or Retain under the Plan* | 100% |

## CASH PROJECTION
### California Community Collaborative, Inc.

| | September-15 | October-15 | November-15 | December-15 | January-16 | February-16 |
|---|---|---|---|---|---|---|
| Triwest loan proceeds | $0.00 | $700,000.00 | $600,000.00 | $600,000.00 | $300,000.00 | $0.00 |
| Court Rent- Lease 1 (27,000 sq. ft) | $67,000.00 | $56,081.21 | $56,081.21 | $56,081.21 | $56,081.21 | $56,081.21 |
| Rent Fortune Schools | | | | | $52,600.00 | $52,600.00 |
| Bal. fwd., incl. lease deposit | $29,209.00 | | | | | |
| Total | $96,209.00 | $756,081.21 | $656,081.21 | $656,081.21 | $408,681.21 | $108,681.21 |
| Payment CB&T (CL 2.2) | $ 45,000.00 | $ 45,000.00 | $ 45,000.00 | $ 45,000.00 | $ 45,000.00 | 45,000.00 |
| Priority Tax, Contract Cure (CL 3) | | | $ 1,600.00 | $ 1,000.00 | $ 1,000.00 | 1,000.00 |
| Unsecured (Cl. 4) | | | | 15,600.00 | | |
| Ch. 11 Admin. Expenses | | | $ 1,650.00 | | $ 10,000.00 | 10,000.00 |
| Construction loan interest | | | | | $ 22,749.99 | 12,833.33 |
| TI Allowance | | $ 500,000.00 | $ 500,000.00 | $ 600,000.00 | $ 152,000.00 | |
| Triwest | | $ 44,000.00 | | | | |
| Pre-construction Planning | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $700.00 | $700.00 |
| Joe Borroto\handy man-janitoral | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Corporate tax preparation | | | | | | |
| Legal | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Bookkeeping | $2,300.00 | $2,300.00 | $2,300.00 | $2,300.00 | $1,800.00 | $1,800.00 |
| Landscaping | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Supplies | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Office supplies | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Amtech Elevators | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| Property Taxes (Installments & Cl. 2.1) | $0.00 | $0.00 | $110,000.00 | $31,000.00 | $0.00 | $0.00 |
| ADT | $388.64 | $388.64 | $388.64 | $388.64 | $388.64 | $388.64 |
| ATT-4350 | $136.00 | $136.00 | $136.00 | $136.00 | $136.00 | $136.00 |
| City of San Bern. Water & Trash | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 |
| SC Edison Electric | $8,500.00 | $7,500.00 | $6,500.00 | $6,000.00 | $5,500.00 | $5,000.00 |
| Business license | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Security | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 |
| Medical insurance | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Annual Elevator Permit inspection cost | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pest Control | $250.00 | | $250.00 | | | |
| Backflow Testing | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MISC Repairs + Maintenance | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Salaries and wages | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 | $5,000.00 |
| Insurance Fireman's Fund | $2,474.90 | $2,474.90 | $2,474.90 | $2,474.90 | $1,800.00 | $1,800.00 |
| Total Expenses & Ch. 11 Disbursement | $81,499.54 | $623,899.54 | $692,149.54 | $726,249.54 | $256,674.63 | $94,257.97 |
| *Net operating income* | *$14,709.46* | *$132,181.67* | *-$36,068.33* | *-$70,168.33* | *$152,006.58* | *$14,423.24* |
| Net cash flow | $14,709.46 | $146,891.13 | $110,822.80 | $40,654.47 | $192,661.05 | $207,084.29 |

PAGE 20 (EXHIBIT F)

# CASH PROJECTION
## California Community Collaborative, Inc.

| | March-16 | April-16 | May-16 | June-16 | July-16 | August-16 |
|---|---|---|---|---|---|---|
| Triwest loan proceeds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Court Rent–Lease 1 (27,000 sq.ft) | $56,250.00 | $56,250.00 | $56,250.00 | $56,250.00 | $56,250.00 | $56,250.00 |
| Rent Fortune Schools | $52,600.00 | $52,600.00 | $52,600.00 | $52,600.00 | $52,600.00 | $52,600.00 |
| Bal. fwd., incl. lease deposit | | | | | | |
| Total | $108,850.00 | $108,850.00 | $108,850.00 | $108,850.00 | $108,850.00 | $108,850.00 |
| | | | | | | |
| Payment CB&T (CL 2.2) | $ 45,000.00 | $ 45,000.00 | $ 45,000.00 | $ 45,000.00 | $ 45,000.00 | $ 45,000.00 |
| Priority Tax, Contract Cure (CL.3) | | | | | | |
| Unsecured (Cl. 4) | | | | $ 15,600.00 | | |
| Ch. 11 Admin. Expenses | $ 10,000.00 | | $ 10,000.00 | | | |
| Construction loan interest | $ 12,833.33 | $ 12,833.33 | $ 12,833.33 | $ 12,833.33 | $ 12,833.33 | $ 12,833.33 |
| TI Allowance | | | | | | |
| Triwest | | | | | | |
| Pre-construction Planning | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Joe Borroto\handy man-janitorial | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Corporate tax preparation | | | | | | |
| Legal | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Bookkeeping | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| Landscaping | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Supplies | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Office supplies | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Amtech Elevators | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| Property Taxes (Installments & Cl. 2.1) | $0.00 | $31,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ADT | $388.64 | $388.64 | $388.64 | $388.64 | $388.64 | $388.64 |
| ATT-4350 | $136.00 | $136.00 | $136.00 | $136.00 | $136.00 | $136.00 |
| City of San Bern. Water & Trash | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 |
| SC Edison Electric | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $5,500.00 | $6,500.00 |
| Business license | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $800.00 |
| Security | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 |
| Medical insurance | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Annual Elevator Permit inspection cost | $0.00 | $3,500.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pest Control | $250.00 | | $250.00 | $250.00 | | |
| Backflow Testing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MISC Repairs + Maintenance | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Salaries and wages | $5,000.00 | $5,000.00 | $5,000.00 | $12,000.00 | $12,000.00 | $12,000.00 |
| Insurance Fireman's Fund | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| Total Expenses & Ch. 11 Disbursement | $91,807.97 | $116,057.97 | $91,557.97 | $104,407.97 | $90,057.97 | $91,857.97 |
| *Net operating income* | *$17,042.03* | *-$7,207.97* | *$17,292.03* | *$4,442.03* | *$18,792.03* | *$16,992.03* |
| Net cash flow | $224,126.32 | $216,918.35 | $234,210.38 | $238,652.41 | $257,444.44 | $274,436.47 |

PAGE __21__ (EXHIBIT F)

CASH PROJECTION
California Community Collaborative, Inc.

| | September-16 | October-16 | November-16 | December-16 | January-17 | February-17 | Total |
|---|---|---|---|---|---|---|---|
| Triwest loan proceeds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,700,000.00 | $13,900,000.00 |
| Court Rent–Lease 1 (27,000 sq. ft) | $56,250.00 | $57,886.52 | $57,886.52 | $57,886.52 | $57,886.52 | $57,886.52 | $1,030,588.65 |
| Rent Fortune Schools | $52,600.00 | $54,097.88 | $54,097.88 | $54,097.88 | $54,097.88 | $54,097.88 | $743,889.40 |
| Bal. fwd., incl. lease deposit | | | | | | | $29,209.00 |
| Total | $108,850.00 | $111,984.40 | $111,984.40 | $111,984.40 | $111,984.40 | $11,811,984.40 | $15,703,687.05 |
| Payment CB&T (CL 2.2) | $ 45,000.00 | $ 45,000.00 | $ 45,000.00 | $ 45,000.00 | $ 45,000.00 | $ 9,600,000.00 | $10,365,000.00 |
| Priority Tax, Contract Cure (CL 3) | | | | | | | $0.00 |
| Unsecured (CL 4) | | | | $ 15,600.00 | | | $46,800.00 |
| Ch. 11 Admin. Expenses | | | | | | | $41,650.00 |
| Construction loan interest | $ 12,833.33 | $ 12,833.33 | $ 12,833.33 | $ 12,833.33 | $ 12,833.33 | $ 2,200,000.00 | $2,376,749.95 |
| TI Allowance | | | | | | | $1,752,000.00 |
| Triwest | | | | | | | $44,000.00 |
| Pre-construction Planning | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27,400.00 |
| Joe Borroto/handy man-janitorial | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $54,000.00 |
| Corporate tax preparation | $4,000.00 | | | | | | $4,000.00 |
| Legal | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $7,200.00 |
| Bookkeeping | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $34,400.00 |
| Landscaping | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $10,800.00 |
| Supplies | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $7,200.00 |
| Office supplies | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,800.00 |
| Amtech Elevators | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $9,900.00 |
| Property Taxes (Installments & CL 2.1) | $0.00 | $0.00 | $0.00 | $31,000.00 | $0.00 | $0.00 | $203,000.00 |
| ADT | $388.64 | $388.64 | $388.64 | $388.64 | $388.64 | $388.64 | $6,995.52 |
| ATT-4350 | $136.00 | $136.00 | $136.00 | $136.00 | $136.00 | $136.00 | $2,448.00 |
| City of San Bern. Water & Trash | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 | $850.00 | $15,300.00 |
| SC Edison Electric | $7,500.00 | $7,500.00 | $6,500.00 | $6,000.00 | $6,500.00 | $6,500.00 | $107,500.00 |
| Business license | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $800.00 |
| Security | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $1,200.00 | $21,600.00 |
| Medical insurance | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $36,000.00 |
| Annual Elevator Permit inspection cost | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,500.00 |
| Pest Control | $250.00 | | | $250.00 | | | $1,500.00 |
| Backflow Testing | $350.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $700.00 |
| MISC Repairs + Maintenance | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $27,000.00 |
| Salaries and wages | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $153,000.00 |
| Insurance Fireman's Fund | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $35,099.60 |
| Total Expenses & Ch. 11 Disburseme | $96,657.97 | $92,057.97 | $91,057.97 | $137,407.97 | $91,057.97 | $11,833,224.64 | $15,401,943.07 |
| *Net operating income* | *$12,192.03* | *$19,926.43* | *$20,926.43* | *-$25,423.57* | *$20,926.43* | *-$21,240.24* | *$301,743.98* |
| Net cash flow | $286,628.50 | $306,554.93 | $327,481.36 | $302,057.79 | $322,984.22 | $301,743.98 | |

## CASH PROJECTION
## California Community Collaborative, Inc.

| | March-17 | April-17 | May-17 | June-17 | July-17 | August-17 |
|---|---|---|---|---|---|---|
| Court Rent- Lease 1 (27,000 sq. ft) | $57,886.52 | $57,886.52 | $57,886.52 | $57,886.52 | $57,886.52 | $57,886.52 |
| Fortune Schools - Lease | $54,097.88 | $54,097.88 | $54,097.88 | $54,097.88 | $54,097.88 | $54,097.88 |
| Balance forward | $301,743.98 | | | | | |
| Total | $413,728.38 | $111,984.40 | $111,984.40 | $111,984.40 | $111,984.40 | $111,984.40 |
| | | | | | | |
| Mortgage payment | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 |
| Unsecured (Class 4) | | | | $15,600.00 | | |
| | | | | | | |
| Janitorial | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Corporate tax preparation | | | $4,000.00 | | | |
| Legal | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Bookkeeping | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| Lopez landscaping | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Supplies | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Office Supplies | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Amtech Elevators | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| Property Taxes* 31500+14500 | $0.00 | $0.00 | $0.00 | $0.00 | $31,000.00 | $0.00 |
| ADT | $388.64 | $388.64 | $388.64 | $388.64 | $388.64 | $388.64 |
| ATT-4350 | $136.00 | $136.00 | $136.00 | $136.00 | $136.00 | $136.00 |
| City of San Bern. Water & Trash | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| SC Edison Electric | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $8,000.00 |
| Business license | $0.00 | $800.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Medical | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Annual Elevator Permit inspection costs | $0.00 | $0.00 | $3,500.00 | $0.00 | $0.00 | $0.00 |
| Pest Control | | | $250.00 | | | $250.00 |
| Backflow Testing | $0.00 | $0.00 | $350.00 | $0.00 | $0.00 | $0.00 |
| MISC Repairs + Maintenance | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Salaries | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 |
| Insurance Fireman's Fund | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| Total expenses | $83,924.64 | $84,724.64 | $92,024.64 | $99,524.64 | $114,924.64 | $88,674.64 |
| *Net operating income* | *$329,803.74* | *$27,259.76* | *$19,959.76* | *$12,459.76* | *-$2,940.24* | *$23,309.76* |
| Net cash flow | $357,063.50 | $357,063.26 | $377,023.26 | $389,483.02 | $386,542.78 | $409,852.54 |

PAGE 23  (EXHIBIT F)

## CASH PROJECTION
## California Community Collaborative, Inc.

| | September-17 | October-17 | November-17 | December-17 | January-18 | February-18 |
|---|---|---|---|---|---|---|
| Court Rent- Lease 1 (27,000 sq. ft) | $57,886.52 | $57,886.52 | $57,886.52 | $59,623.11 | $59,623.11 | $59,623.11 |
| Fortune Schools - Lease | $54,097.88 | $54,097.88 | $54,097.88 | $54,097.88 | $54,097.88 | $55,585.57 |
| Balance forward | | | | | | |
| Total | $111,984.40 | $111,984.40 | $111,984.40 | $113,720.99 | $113,720.99 | $115,208.68 |
| | | | | | | |
| Mortgage payment | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 |
| Unsecured (Class 4) | | | | $15,600.00 | | |
| | | | | | | |
| Janitorial | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Corporate tax preparation | | | | | | |
| Legal | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Bookkeeping | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| Lopez landscaping | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Supplies | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 |
| Office Supplies | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 |
| Amtech Elevators | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| Property Taxes* 31500+14500 | $0.00 | $0.00 | $0.00 | $0.00 | $31,000.00 | $0.00 |
| ADT | $388.64 | $388.64 | $388.64 | $388.64 | $388.64 | $388.64 |
| ATT-4350 | $136.00 | $136.00 | $136.00 | $136.00 | $136.00 | $136.00 |
| City of San Bern. Water & Trash | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 |
| SC Edison Electric | $9,000.00 | $9,000.00 | $6,500.00 | $4,500.00 | $4,000.00 | $4,000.00 |
| Business license | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Medical | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| Annual Elevator Permit inspection costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pest Control | | | $250.00 | | $250.00 | $250.00 |
| Backflow Testing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MISC Repairs + Maintenance | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Salaries | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 |
| Insurance Fireman's Fund | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| Total expenses | $89,424.64 | $89,424.64 | $87,174.64 | $100,524.64 | $115,424.64 | $84,674.64 |
| *Net operating income* | $22,559.76 | $22,559.76 | $24,809.76 | $13,196.35 | -$1,703.65 | $30,534.04 |
| Net cash flow | $432,412.30 | $454,972.06 | $479,781.82 | $492,978.17 | $491,274.52 | $521,808.56 |

PAGE 24  (EXHIBIT F)

**CASH PROJECTION**
**California Community Collaborative, Inc.**

| | March-18 | April-18 | May-18 | June-18 | July-18 | August-18 | Total |
|---|---|---|---|---|---|---|---|
| Court Rent-Lease 1 (27,000 sq. ft) | $59,623.11 | $59,623.11 | $59,623.11 | $59,623.11 | $59,623.11 | $59,623.11 | $1,057,586.67 |
| Fortune Schools - Lease | $55,585.57 | $55,585.57 | $55,585.57 | $55,585.57 | $55,585.57 | $55,585.57 | $984,175.67 |
| Balance forward | | | | | | | $301,743.98 |
| Total | $115,208.68 | $115,208.68 | $115,208.68 | $115,208.68 | $115,208.68 | $115,208.68 | $2,343,506.32 |
| | | | | | | | $0.00 |
| Mortgage payment | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $ 55,000.00 | $990,000.00 |
| Unsecured (Class 4) | | | | $15,600.00 | | $519,600.00 | $566,400.00 |
| | | | | | | | $0.00 |
| Janitorial | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $54,000.00 |
| Corporate tax preparation | | | | | | | $4,000.00 |
| Legal | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $7,200.00 |
| Bookkeeping | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $32,400.00 |
| Lopez landscaping | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $10,800.00 |
| Supplies | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $400.00 | $7,200.00 |
| Office Supplies | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $1,800.00 |
| Amtech Elevators | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $9,900.00 |
| Property Taxes* 31500+14500 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $62,000.00 |
| ADT | $388.64 | $388.64 | $388.64 | $388.64 | $388.64 | $388.64 | $6,995.52 |
| ATT-4350 | $136.00 | $136.00 | $136.00 | $136.00 | $136.00 | $136.00 | $2,448.00 |
| City of San Bern. Water & Trash | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $750.00 | $13,500.00 |
| SC Edison Electric | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $86,500.00 |
| Business license | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $800.00 |
| Medical | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $36,000.00 |
| Annual Elevator Permit inspection costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,500.00 |
| Pest Control | | | | | | | $1,000.00 |
| Backflow Testing | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 |
| MISC Repairs + Maintenance | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $27,000.00 |
| Salaries | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $12,000.00 | $216,000.00 |
| Insurance Fireman's Fund | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $32,400.00 |
| Total expenses | $84,424.64 | $84,424.64 | $84,424.64 | $100,024.64 | $84,424.64 | $604,024.64 | $2,172,193.52 |
| *Net operating income* | $30,784.04 | $30,784.04 | $30,784.04 | $15,184.04 | $30,784.04 | -$488,815.96 | $171,312.80 |
| Net cash flow | $552,592.60 | $583,376.64 | $614,160.68 | $629,344.72 | $660,128.76 | $171,312.80 | $171,312.80 |

PAGE 25 (EXHIBIT F)

**NOTES TO CASH PROJECTION**
**California Community Collaborative, Inc.**

1. "Chapter 11 Administrative Expenses" category consists of (i) US Trustee Quarterly Fees; and (ii) estimated court-approved counsel compensation above amount of pre-petition retainer (amount to be paid by agreement in installments).

2. Professional fees incurred post-confirmation are included in "Legal" and "Corporate Tax Preparation" categories.

3. US Trustee fees are anticipated to terminate at the end of first quarter 2016, when the chapter 11 case should be subject to closure.

4. "Property Taxes" category includes both disbursements on Class 2.1 secured claim and ongoing biannual property tax installments. Under the Plan, Class 2.1 secured claim is paid in annual installments, but in event of financing or sale, claim is to be paid in full from escrow. Debtor anticipates that financing in July 2015 will cause full payment of Class 2.1 claim, and amount of payment for October 2015 represents the estimated amount of the claim with statutory interest due up to time of payment.

PAGE 26 (EXHIBIT F)