```
1  DAVID MEEGAN (State Bar No. 114549)
   ANTHONY ASEBEDO (State Bar No. 155105)
2  **MEEGAN, HANSCHU & KASSENBROCK**
   Attorneys at Law
3  11341 Gold Express Drive, Suite 110
   Gold River, CA  95670
4  Telephone:  (916) 925-1800
   Facsimile:  (916) 925-1265
5
   Attorneys for the Plan Proponent / Debtor
6
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

| | |
|---|---|
| In re:<br><br>CALIFORNIA COMMUNITY<br>COLLABORATIVE, INC.,<br><br>                    Debtor. | Case No. 14-26351-C-11<br>Docket Control No. MHK-14<br><br>Plan Confirmation Hearing:<br>DATE: December 23, 2015<br>TIME:  10:00 a.m.<br>DEPT.:  C (Courtroom 35)<br>**Hon. Christopher M. Klein** |

### DEBTOR'S TABULATION OF BALLOTS

The following Acceptances and Rejections have been received by counsel for California Community Collaborative, Inc., as debtor in possession (the "Plan Proponent"), and copies are submitted herewith collectively as Exhibit 1.  Impaired classes are <u>underlined</u>.  This tabulation of ballots is without prejudice to later objections to claim based on amount, classification, or other grounds.

| CLASS | VOTES | DOLLAR AMOUNT | NO. OF BALLOTS |
|---|---|---|---|
| Class 1 | Accept | $0.00  (0.0 %) | 0  (0.0%) |
|  | Reject | $0.00  (0.0 %) | 0  (0.0%) |
| <u>Class 2.1</u> | Accept | $168,179.03  (100.0 %) | 1  (100.0%) |
|  | Reject | $0.00  (0.0 %) | 0  (0.0%) |

| CLASS | VOTES | DOLLAR AMOUNT | NO. OF BALLOTS |
|---|---|---|---|
| Class 2.2 | Accept[1] | $10,668,661.08 (100.0 %) | 1 (100.0%) |
| | Reject | $0.00 (0.0 %) | 0 (0.0%) |
| Class 3.1 | Accept | $0.00 (0.0%) | 0 (0.0%) |
| | Reject | $0.00 (0.0%) | 0 (0.0%) |
| Class 3.2 | Accept | $0.00 (0.0%) | 0 (0.0%) |
| | Reject | $0.00 (0.0%) | 0 (0.0%) |
| Class 3.3 | Accept | $0.00 (0.0%) | 0 (0.0%) |
| | Reject | $0.00 (0.0%) | 0 (0.0%) |
| Class 3.4 | Accept | $0.00 (0.0%) | 0 (0.0%) |
| | Reject | $0.00 (0.0%) | 0 (0.0%) |
| Class 4 | Accept | $487,998.23 (100.0%) | 4 (100.0%) |
| | Reject | $0.00 (0.0%) | 0 (0.0%) |
| Class 5 | Accept | $0.00 (0.0%) | 0 (0.0%) |
| | Reject | $0.00 (0.0%) | 0 (0.0%) |

The Plan Proponent submits that pursuant to the foregoing, sufficient Acceptances exist to confirm the Debtor's Amended Plan of Reorganization Dated March 26, 2015, as modified.

Dated: Dec 11 2015

MEEGAN, HANSCHU & KASSENBROCK

By: /s/ Anthony Asebedo
Anthony Asebedo
Attorneys for the Plan Proponent

---

1. The Class 2.2 ballot expressly accepts the Debtor's Amended Plan of Reorganization Dated March 26, 2015 (Dkt. 367), as modified by the Modification to Debtor's Amended Plan of Reorganization Dated March 26, 2015 (Dkt. 384).

aa:\mhk-14 ballot tab