```
1  ANTHONY ASEBEDO (State Bar No. 155105)
   MEEGAN, HANSCHU & KASSENBROCK
2  Attorneys at Law
   11341 Gold Express Drive, Suite 110
3  Gold River, CA  95670
   Telephone:  (916) 925-1800
4  Facsimile:  (916) 925-1265

5  Attorneys for the Revested Debtor
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

[Sacramento Division]

| In re:<br><br>CALIFORNIA COMMUNITY<br>COLLABORATIVE, INC.,<br><br>Debtor. | Case No. 14-26351-C-11<br>Docket Control No. MHK-19<br><br>Date:  January 27, 2016<br>Time:  10:00 a.m.<br>Dept:  C (Courtroom 35)<br>**Hon. Christopher M. Klein** |
|---|---|

**DECLARATION OF MERRELL G. SCHEXNYDRE IN SUPPORT OF
DEBTOR'S MOTION FOR FINAL DECREE AND ORDER CLOSING CASE**

I, Merrell G. Schexnydre, hereby declare:

1.  I am over eighteen years of age. The following is true of my own knowledge and, if called as a witness, I could and would competently testify hereto.

2.  I am the president of California Community Collaborative, Inc., as debtor in possession (the "Debtor"). As the Debtor's president, I have personal knowledge of the Debtor's business books and records, including books and records regarding the Debtor's business operations, assets, income, and expenses.

3.  I am informed that on December 23, 2015, the court entered its order confirming the Debtor's Plan of Reorganization Dated March 26, 2015, as modified (the "Plan"). The Debtor is a California corporation that is engaged in the business of

///

///

owning and operating real property commonly known as 655 West 2nd Street, San Bernardino, California (the "Real Property") as an income-producing property.

4.  Among my responsibilities as the Debtor's president is to supervise the distributions to be made to creditors under the Plan and to work with the Debtor's bankruptcy counsel in regard to the Debtor's compliance with the terms of the Plan.

5.  Based on my understanding of the terms of the Plan and discussions with counsel, it is my understanding that the following conditions to the closing of the Debtor's chapter 11 case will have been fulfilled as of the date of the hearing on the accompanying motion, as described below:

 a.  All notes, security instruments, or other documents required by the Plan to be executed and delivered have been so executed and delivered, in that the Plan does not specifically call for the execution or delivery of such documents;

 b.  All claims objections, applications for professional compensation, and other motions will have been finally adjudicated, specifically as follows: (i) because no objections to claim appear to be necessary the Debtor will file no objections to claim in the case; (ii) as of the hearing on the accompanying motion, the Debtor will have requested approval of pre-confirmation compensation to the Debtor's bankruptcy counsel, and compensation for the Debtor's accountant was approved earlier; and (iii) no other motions are pending or necessary in the Debtor's case; and

 c.  No adversary proceedings are necessary or were initiated in the Debtor's case.

6.  On or about December 29, 2015, the Debtor initiated the distributions to creditors under the Plan, when I dispatched the full amount owed on the allowed Priority Tax Claims under the Plan. The Debtor has received notice that the refinancing of the Real Property contemplated by the Plan has been approved. From the refinancing escrow a significant amount of secured claims will be paid. It will be important to obtain a final decree promptly, before the refinancing escrow closes, so that the Debtor will not incur unduly large fees to the United States Trustee's office that

would result from payment of such claims before the closing of the chapter 11 case. In addition, prompt closing of the case will help assure that an unacceptable increase in the applicable interest rate is avoided.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed at _Granite Bay_, California on the date set forth below. As to those matters set forth above which are based on information and belief, I believe them to be true.

Dated: __12/30/15__    _____
Merrell G. Schexnydre